UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT
2011 MAR -7 P 2:47

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| JORGE LIZ | : | RECOG. NEW1401 |
| | | Case No. DNJX307MJ809201 |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Ten thousand dollars ($10,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 28th day of February, 2011

**ORDERED** that the sum of Ten thousand dollars ($10,000.00) so deposited as aforesaid be returned to Dario Santana 766 East 27 th Street, Paterson, NJ 07504 the surety of said recognizance.

_____
GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT